UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAYYAB REHAN SIDDIQUI,

    Plaintiff,

v.

DAVID STILLS, ET AL.,

    Defendant.

No. C-08-01250 JCS

**ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS [Docket No. 3]**

    The Court is in receipt of Plaintiff's Application To Proceed In Forma Pauperis ("the Application"). Plaintiff has consented to the jurisdiction of a United States magistrate judge, pursuant to 28 U.S.C. § 636(c). Based on its review of Plaintiff's Application, the Court GRANTS Plaintiff's Application to proceed in forma pauperis. **The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendant**.

    IT IS SO ORDERED.

DATED: March 12, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAYYAB R. SIDDIQUI,

        Plaintiff,

  v.

DAVID STILL et al,

        Defendant.

Case Number: CV08-01250 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tayyab Rehan Siddiqui
1414 Polk St.
San Francisco, CA 94109

Dated: March 12, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk