JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAYYAB REHAN SIDDIQUI,<br><br>               Plaintiff,<br><br>     v.<br><br>DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District; M. FRANCIS HOLMES, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, Buffalo District; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services,<br><br>               Defendants. | No. C 08-1250 JCS<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    Plaintiff, appearing *pro se*, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about March 3, 2008. The United States Attorney's Office was not served until April 30, 2008.

    2. Pursuant to this Court's March 3, 2008 Order Setting the Case Management Conference, the

Stip. to Extend
C08-1250 JCS                                                   1

parties are required to file a joint case management statement on May 30, 2008, and attend a case management conference on June 6, 2008.

   3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | June 30, 2008 |
| Last day to file Joint ADR Certification: | July 11, 2008 |
| Last day to file/serve Joint Case Management Statement: | July 25, 2008 |
| Case Management Conference: | August 1, 2008, at 1:30 p.m. |

Date: May 9, 2008                 Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

                                _____/s/_____
                                MELANIE L. PROCTOR[1]
                                Assistant United States Attorney
                                Attorneys for Defendants

                                _____/s/_____
Date: May 9, 2008               TAYYAB REHAN SIDDIQUI
                                Pro se

**ORDER**

   Pursuant to stipulation, IT IS SO ORDERED.

Date: May 12, 2008             _____
                                JOSEPH
                                United St

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip. to Extend
C08-1250 JCS                                     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYYAB R. SIDDIQUI, | Case Number: CV08-01250 JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DAVID STILL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tayyab Rehan Siddiqui
1414 Polk St.
San Francisco, CA 94109

Dated: May 13, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk