1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
   TAYYAB REHAN SIDDIQUI,                    )
12                                            )  No. C 08-1250 JCS
                    Plaintiff,                )
13                                            )
         v.                                   )  **STIPULATED DISMISSAL and**
14                                            )  **[PROPOSED] ORDER**
   DAVID STILL, District Director, U.S.       )
15 Department of Homeland Security, Bureau of )
   Citizenship and Immigration Services, San )
16 Francisco District; M. FRANCIS HOLMES,     )
   District Director, U.S. Department of Homeland )
17 Security, Bureau of Citizenship and Immigration )
   Services, Buffalo District; MICHAEL        )
18 CHERTOFF, U.S. Secretary of Homeland       )
   Security; ROBERT S. MUELLER III, Director of )
19 the Federal Bureau of Investigation; MICHAEL )
   MUKASEY, Attorney General of the United    )
20 States; EMILIO T. GONZALEZ, Director, U.S. )
   Department of Homeland Security, Bureau of )
21 Citizenship and Immigration Services,       )
                                              )
22                  Defendants.                )
                                              )
23 _____ )

24       Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

25 stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action without

26 prejudice in light of the fact that the United States Citizenship and Immigration Services is now

27 prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days

28 of the dismissal of this action.

Stipulated Dismissal
C08-1250 JCS                          1

1    The parties shall bear their own costs and fees.

2   Dated: June 20, 2008                          Respectfully submitted,

3                                                 JOSEPH P. RUSSONIELLO
                                                  United States Attorney
4

5                                                        /s/
                                                  MELANIE L. PROCTOR[1]
6                                                 Assistant United States Attorney

7   Dated: June 19, 2008

8                                                        /s/
    _____              TAYYAB REHAN SIDDIQUI
9                                                 Pro se

10

11
                                    **ORDER**
12
         Pursuant to stipulation, IT IS SO ORDERED.
13

14  Date:  June 20, 2008

15  _____                    Judge
    U                                                 
16
                                    Judge Joseph C. Spero
17

18

19

20

21

22

23

24

25

26  _____

27       [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.
28

Stipulated Dismissal
C08-1250 JCS                           2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


TAYYAB R. SIDDIQUI,

          Plaintiff,

  v.

DAVID STILL et al,

          Defendant.

_____/

Case Number: CV08-01250 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Tayyab Rehan Siddiqui
1414 Polk St.
San Francisco, CA 94109

Dated: June 20, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk